FILED

APR 20 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:22CR00219 SRC/DDN |
| v. ) | |
| ) | |
| JAMES ISAAC CRABTREE, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**DEPRIVATION OF RIGHTS UNDER COLOR OF LAW**

1. On or about March 8, 2021, at Jefferson County, Missouri in the Eastern District of Missouri, Defendant,

**JAMES ISAAC CRABTREE,**

who was then and there the Municipal Prosecuting Attorney for Jefferson County, Missouri, while acting under color of law, did willfully deprive a woman whose identity is known to the Grand Jury, (hereinafter referred to as "Victim One"), of the rights secured and protected by the Constitution and laws of the United States not to be deprived of liberty without due process of law, which includes the right to bodily integrity.

2. Specifically, on or about March 8, 2021, Victim One was a defendant in multiple cases pending before the Municipal Court for Jefferson County, Missouri. While acting in his capacity as Municipal Prosecuting Attorney for Jefferson County, Missouri, the Defendant, **JAMES ISAAC CRABTREE,** engaged in sexual contact as defined in Title 18, United States Code, Section 2246(3), while Defendant was with Victim One in Defendant's office in the Jefferson County, Missouri courthouse.

All in violation of Title 18, United States Code, Section 242.

## COUNT TWO
## FALSE STATEMENTS

3.     On or about March 3, 2022, at Jefferson County, Missouri, within the Eastern District of Missouri, the defendant,

**JAMES ISAAC CRABTREE**,

did willfully and knowingly make one and more materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States, by making false statements to Special Agents of the Federal Bureau of Investigation as to his actions and conduct on March 8, 2021, to wit:   Defendant falsely denied that he had sexual contact as defined in Title 18, United Sates Code, Section 2246(3) with Victim One; Defendant falsely denied that he kissed Victim One; Defendant falsely denied that he had touched Victim One's body; and Defendant falsely denied that he had Victim One take a portion of her clothing off when, as Defendant then and there knew, he had taken those actions and engaged in that conduct.

All in violation of Title 18, United States Code, Section 1001.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
HAL GOLDSMITH, #32984MO
Assistant United States Attorney

2