**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Cause No. 4:22-CR-00219 SRC/DDN |
| v. | ) |
| | ) |
| **JAMES ISAAC CRABTREE,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION TO WITHDRAW

Comes now, Matthew A. Radefeld, of the law firm of Frank, Juengel & Radefeld, Attorneys at Law, P.C., and moves this Honorable Court for leave to withdraw as attorney at the defendant's request due to the Defendant hiring attorney John Lynch.

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW, P.C.

By */s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD (#52288MO)
Attorney for Defendant
7710 Carondelet Ave., Suite 350
Clayton, Missouri 63105
(314) 725-7777
mradefeld@fjrdefense.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Mr. Hal Goldsmith
Office of the United States Attorney
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

                                               *s/ Matthew A. Radefeld*
                                               MATTHEW A. RADEFELD