IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:22 CR 219 SRC |
| | ) |
| JAMES ISAAC CRABTREE, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO CONTINUE PLEA HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for said District, and files its Motion to Continue Plea Hearing.

1. The Change of Plea Hearing is set on August 2, 2022 for an in-person hearing.

2. The undersigned tested positive for COVID this morning and must be isolated until at least August 6, 2022.

3. This case is legally complex and the undersigned is the only Assistant U.S. Attorney fully knowledgeable about the facts and law.

4. Counsel for defendant does not object to the continuance.

WHEREFORE, the Government respectfully requests that the Court grant the Government's Motion to Continue Plea Hearing and set the Plea Hearing for a date after August 6, 2022.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

*/s/   Hal Goldsmith*
HAL GOLDSMITH #32985 MO
ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

>                             */s/   Hal Goldsmith*
>                             HAL GOLDSMITH #32985 MO
>                             Assistant United States Attorney