**THE LAW OFFICES OF**
**John M. Lynch** LLC

P: (314) 726-9999
F: (314) 726-9199

5770 Mexico Rd - Suite A
St Peters, MO 63376

"EXPERIENCED TRIAL ATTORNEYS – YOUR SOLUTION BEGINS WITH US"

November 15, 2022

Honorable Stephen R. Clark
United States District Court
Eastern District of Missouri
111 S. 10th Street Suite 14.148
St. Louis, MO 63102

In re:   *United States vs. James Isaac Crabtree*

Dear Honorable Judge Clark:

Enclosed please find a letter generated by a friend of the above-referenced individual for your review and consideration at sentencing.

I appreciate your attention in this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

John M. Lynch

JML:can
Enclosures
CC:   Hal Goldsmith
       Assistant United States Attorney

Email: jlynch@lynchlawonline.com                                    www.lynchlawonline.com

November 8, 2022

To whom it may concern

My name is Dave Crump. I am past Chairman of the Board for *Jefferson County MO Habitat for Humanity.* I am their current Director of Daily Operations and ReStore manager. Both of these positions and all our committee and board members are strictly non-paid volunteer positions.
I have been asked by Mr. Isaac Crabtree to write a letter of support and character reference for him.
A few years ago when Isaac was employed as the Municipal Prosecutor for Jefferson County MO he contacted me and said he loved what *Habitat for Humanity* did and our mission of helping worthy under-privileged families get a new home. He was very familiar with the concept of *"Habitat"* and knew the families must work hard and put in sweat equity hours to get a home. He said he felt God had led him to serve and do anything he could to assist our organization. It was with welcome arms we included him on our board of directors and he was a dedicated and faithful servant to our group. He assisted us with several legal matters and was a great help to us. He faithfully attended meetings and willingly helped when asked.
A few months ago he contacted me with a very humble and tearful revelation. He said he had made a terrible and costly mistake and felt he needed to resign from the board so he would not tarnish our good name in the County. After a few minutes he revealed the details and said he couldn't believe he was so weak and taken in by such a temptation. I could sense his remorse and fear that his life, his career and his family were all in jeopardy. He said he could lose everything over a stupid mistake.
I personally know that Isaac is a man of strong church and faith and this error in judgment was weighing very heavy on his mind. Our board accepted his resignation and apology and some weeks went by without any contact with him. Shortly afterwards he called. He knew we were extremely short handed at our *Habitat* ReStore and asked if he could do some volunteer work to help out. We granted his request and I believe he did his best to come over as much as he could. Since he is not working and has several children, his wife had to take a job at a local coffee shop to help pay the bills. He became caregiver for his kids and was doing his best to keep the household going. I could tell his heart was to help us at the store and also knew he had his hands full with his family. When he called to say his wife was working over her normal shift and he couldn't leave his kids I could hear a baby crying and kids in the background. He always finished the conversation with, "When things got straightened out he still intended to volunteer at the store".
I would implore the court to review the many great things Isaac has done and show leniency when considering his punishment.
If there are any questions, please feel free to inquire.

Sincerely,

*Dave Crump*

636-208-6791
636-937-8016